**Order entered July 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00066-CR

**JAMES BENNETT RUCKER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law**
**Rockwall County, Texas**
**Trial Court Cause No. CR10-1011**

## ORDER

The Court **GRANTS** appellant's June 24, 2013 motion to withdraw appellant's motion to abate the appeal and motion to extend the time to file appellant's brief. Appellant's June19, 2013 motion to abate the appeal is withdrawn. M. Michael Mowla is substituted for Patrick K. Short as appellant's lead counsel of record. We **DIRECT** the Clerk to send all correspondence to M. Michael Mowla, 603 N. Cedar Ridge, Suite 100, Duncanville, Texas 75116; telephone: (972) 282-2600; facsimile: (972) 692-6636.

The time to file appellant's brief is **EXTENDED** to **THIRTY DAYS** from the date of this order.

/s/     LANA MYERS
            JUSTICE